
FILED
2017 Mar-28 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CANDICE BRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: _____ |
| | ) |
| SCOTTSBORO CITY BOARD OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, Candice Britt ("Plaintiff"), and files this Complaint against the Defendant, Scottsboro City Board of Education ("the Board"). As grounds for this Complaint, the Plaintiff states as follows:

**I.   PARTIES**

1. The Plaintiff is a citizen of the United States and is a resident of Section, Jackson County, Alabama.

2. The Scottsboro City Board of Education ("the Board") is a governmental agency organized under the laws of the State of Alabama. It is responsible for maintenance and supervision of the Scottsboro City Schools.

## II. FACTS

3. The Plaintiff was hired by Scottsboro City Board of Education as an 8th grade Math Teacher at Scottsboro Junior High School for the 2013-2014 school year.

4. At the end of the 2013-2014 school year, the Plaintiff was transferred to the position of 7th grade Math Teacher for the 2014-2015 school year. She was replaced as an 8th grade Math Teacher by A.J. Petty, a male employee and football coach at Scottsboro Junior High School. No reason was given to the Plaintiff for the transfer.

5. The Plaintiff continued in her position as 7th grade Math Teacher throughout the 2014-2015 and 2015-2016 school years.

6. Throughout her employment with the Board, both as an 8th grade and 7th grade Math Teacher, the Plaintiff only received positive feedback and no reprimands or negative documentation from her supervisors.

7. On May 17, 2016, the Plaintiff was called into the office of the principal of Scottsboro Senior High School, Jason Hass. Kevin Willoughby from the human resources department was also present. The Plaintiff was given a notice of non-renewal of her employment, effective May 24, 2016, and asked to sign. No grounds for the non-renewal/termination of employment were ever given to the Plaintiff.

8. On the same day that the Plaintiff was given her notice of non-renewal,

a job opening for her 7th grade Math Teacher position was posted.

9. Following the Board's decision to termination the Plaintiff, it immediately approved the employment of Luke Robinson for the 7th grade math position on June 2, 2016. Mr. Robinson was also hired as a the middle school track coach for the 2016-2017 school year.

10. At the time Mr. Robinson was hired by the Board, he did not have a valid Alabama teaching certification. Mr. Robinson did not possess a valid Alabama certificate until September 22, 2016, after the start of the 2016-2017 school year.

11. The Board has replaced the Plaintiff twice with two male coaches.

12. The Plaintiff, a female, indicated on her Employment Application submitted to the Board that she did not wish to coach any interscholastic activities.

13. The Plaintiff filed a Charge of Discrimination with the EEOC on August 8, 2016 for gender discrimination. She received a Dismissal and Notice of Rights on January 19, 2017.

## COUNT I

## GENDER DISCRIMINATION UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

14. The Plaintiff is a female, and is a member of a protected class.

15. The Plaintiff is fully qualified to hold the position of Math Teacher in

the Scottsboro City School System, which she did hold during the 2013-2014, 2014-2015, and 2015-2016 school years.

16. The Plaintiff was subjected to an adverse employment action when Defendant terminated her employment as a Math Teacher.

17. The Defendant treated equally or less qualified male employees more favorably than the Plaintiff by subjecting the Plaintiff to termination and replacing her with less qualified, less experienced, less educated male employees.

18. As a proximate result of Defendant's unlawful actions, the Plaintiff has been deprived of opportunities for increased salary, responsibilities, opportunities for advancement and other benefits of employment.

19. The Plaintiff has exhausted all administrative remedies prior to filing suit. A true and correct copy of the Dismissal and Notice of Rights is attached hereto as Exhibit "A."

**WHEREFORE**, premises considered, Plaintiff respectfully requests that this Honorable Court provide the following relief:

    a. Declare the conduct engaged in by the Scottsboro City Board of Education to be in violation of the Plaintiff's rights;

    b. Award the Plaintiff damages and other equitable relief against the Defendant, that will fully compensate her for mental distress, anguish,

pain, suffering and concern that she has suffered as a direct result of the violations of the Defendant as set out herein, including, but not limited to, damages for back pay and front pay;

c. Award Plaintiff her costs, disbursements, and attorneys' fees;

e. Grant such further and other legal and equitable relief as it may deem just and proper.

**THE PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

Respectfully submitted this 27th day of March, 2017.

The above allegations are true and correct to the best of my knowledge.

*Candace Britt*
Candace Britt

STATE OF ALABAMA     )
COUNTY OF MADISON    )

Before me, the undersigned Notary Public, in and for said County and State, personally appeared Candace Britt, who, after being duly sworn, deposes and says on oath that the foregoing instrument is true and correct to the best of her knowledge, information, and belief.

Sworn to and subscribed before me on this the 27th day of March, 2017.

*Cathy J Silva*
Notary Public
My Commission Expires 12/4/2017

5

**WILMER & LEE, P.A.**

By: _____
Robert C. Lockwood (LOC013)
Rlockwood@wilmerlee.com
*Attorneys for Plaintiff, Candice Britt*
100 Washington Street / P.O. Box 2168
Huntsville, AL 35804-2168
Telephone (256) 533-0202